**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DATA SPEED TECHNOLOGY LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CANON U.S.A. INC.,<br><br>    Defendant. | C.A. No. 13-1050-SLR |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that Plaintiff Data Speed Technology LLC hereby dismisses all of its claims against Canon U.S.A. Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), with prejudice.

July 26, 2013

OF COUNSEL:

Marc A. Fenster
Alexander C.D. Giza
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, Twelfth Floor
Los Angeles, California 90025
(310) 826-7474
mfenster@raklaw.com
agiza@raklaw.com

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Richard D. Kirk (No. 922)
Stephen B. Brauerman (No. 4952)
Vanessa R. Tiradentes (No. 5398)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff,
Data Speed Technology LLC*